IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FARM FAMILY CASUALTY INSURANCE COMPANY,
as subrogee for Crystal Dulany,

    Plaintiff,

v.                                        Civil Action No. 5:07CV130
                                                                (STAMP)

S.C. JOHNSON & SON, INC.,

    Defendant.

## ORDER RESCHEDULING TRIAL

For reasons appearing to this Court, the trial of this civil action is RESCHEDULED as follows:

<u>Trial</u>: Jury selection in this action shall be held on **March 3, 2009 at 8:30 a.m.** at Wheeling, West Virginia. Trial will commence upon the completion of jury selection and trial in any prior case scheduled for this date. This case is presently the <u>second</u> case on the trial docket for that week.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    March 6, 2008


                                                    /s/ Frederick P. Stamp, Jr.
                                                    FREDERICK P. STAMP, JR.
                                                    UNITED STATES DISTRICT JUDGE